IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATTHEW DAVID SHERMAN, | CV 19-17-H-DLC |
| Plaintiff, | |
| vs. | |
| | ORDER |
| TERRANCE JOHNSON, SGT. GRAHAM, and REGINALD D. MICHAEL, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals to the jurors during their deliberations.

DATED this 25th day of May, 2021.

Dana L. Christensen, District Judge
United States District Court