UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATTHEW DAVID SHERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE JOHNSON and SGT. GRAHAM,<br><br>Defendants. | Case No. CV-19-17-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff in accordance with the jury verdict of May 25, 2021.

Dated this 26th day of May, 2021.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

